UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-667 (FYP) |
| : | |
| CARA HENTSCHEL, and, : | |
| MAHAILYA PRYER : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The United States of America hereby requests that this Court briefly continue the defendants' sentencing hearings scheduled for August 19, 2022, and the corresponding deadlines for the parties' sentencing memorandums.

1. The defendants were charged by Information with misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021. (ECF No. 17.)  Specifically, they were charged with Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2), Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).  (ECF No. 17.)

2. On May 18, 2022, the defendants pled guilty to Count Four of the Information, which charged them with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). (ECF No. 31-34; Min. Order, May 18, 2022.)

3. The sentencing hearings are currently scheduled for August 19, 2022.  (Min. Order, May 18, 2022.)  In advance of those hearings, the Government's sentencing memorandums are

due by August 1, 2022, and the defendants' sentencing memorandums are due by August 8, 2022. (Min. Order, May 18, 2022.)

4. As part of their plea agreements, the defendants have agreed to be interviewed by law enforcement regarding their involvement in the events that occurred in and around January 6, 2021.  (ECF No. 31, 33 ¶ 3.)  Both defendants' interviews will not take place, nor will the corresponding reports documenting the interviews be completed before the parties' sentencing memorandums are due.  A continuance is needed to allow ample time for the interviews and reports to be completed in advance of the deadlines, so that the parties can include information from the interviews in their sentencing memorandums and argument.

5. No prior continuances have been sought and the government is not making this request to unduly delay the sentencing or for any other improper purpose. The government has conferred with counsel for defendants, and they are unopposed to the government's request for a continuance.

Accordingly, the government requests that the Court grant its unopposed request to continue the defendant's sentencing hearing.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

    By: /s/ *Matthew Moeder*
    MATTHEW MOEDER
    Assistant United States Attorney
    Missouri Bar No. 64036
    400 East 9th Street
    Room 5510
    Kannsas City, Missouri 64106
    Matthew.Moeder@usdoj.gov
    (816) 426-4103

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2022, I caused a copy of the foregoing motion to be served on attorney of record via email and the Court's electronic filing system.

                                        */s/ Matthew Moeder*
                                        Matthew Moeder
                                        Assistant United States Attorney