Government,

I am deeply sorry that I participated in the events on January 6th. I went to D.C. to only support my beliefs and voice them. I did not go to cause any kind of damage or harm. My actions that day was due to getting wound up by the other people around us. It was so chaotic and everything happened so fast it is honestly hard to remember since it was almost two years ago.

When the agents interviewed me I thought they wanted to know my perception of January 6th. Including how I felt and the things that I can remember. I can remember most of my actions, I don't have any recollection of others actions for the most part.

My actions on January 6th were unaccepable. I am working hard on my self defeating behaviors and character defects, and that includes influenced by others. I am

Working really hard to change my ways and becoming the best version of myself possible. I want to be able to keep my head on straight when life throws trumatic events at me. I will do whatever it takes.

I hate that the events of January 6th happened as they did. I only meant to peacefully protest. I recognize my issues and want to change. I accept resposcibilty for my actions and apolagize for any harm I caused. I hope the ones I upset can forgive me.

Sincerely,

Mahailya Williams