IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

STATE OF MISSOURI, )
vs. )
)  Case No. 1931-CR00865-01
)
MAHAILYA DAWNELLE WILLIAMS, )
Defendant. )

## SENTENCE AND JUDGMENT

The Defendant appears in person and with her Attorney  Hammond

The State appears by Assistant Prosecuting Attorney  Pulley

**THE COURT FINDS THE DEFENDANT:**
☒ Plead Guilty on 04/28/22
☐ Was found Guilty on
☒ Plead Guilty pursuant to a Plea Agreement
☐ Rejected Plea Agreement and the Plea was not withdrawn.
☐ Plead Guilty Open without a Plea Agreement
☐ Plead Guilty pursuant to Alford
☐ Is a prior or persistent offender
☐ Received a copy of the SAR
Stated there was no legal reason why the sentence should not be pronounced.

**IT IS THE SENTENCE AND JUDGMENT OF THE COURT THAT:**
☐ Imposition of sentence herein is suspended.
Defendant is sentenced as follows:

| Count | Class | Charge | | Sentence |
|---|---|---|---|---|
| I | Felony D | 568.045-008Y20173899.0 | Endngr Wlf Chd-Drugs-1dg | 5 YRS DOC |

The sentences shall run consecutive to _____
The sentences shall run concurrent with  Any and all existing sentences

☒ Court costs are assessed against Defendant.
☒ Judgment against Deft pursuant to § 595.045 RSMo. Crime Victim's Comp. Fund in the amount of $46.00
☐ Judgment against Deft pursuant to § 488.029 RSMo. surcharge for drug testing in the amount of $150.00
☐ Judgment against Deft pursuant to § 221.070 RSMo. cost of imprisonment in the amount of $
☐ Judgment against Deft pursuant to Ch.488 RSMo. law enforcement recoupment in the amount of $
☐ Judgment against Deft pursuant to § 559.105 RSMo. Restitution per exhibit, plea agreement $

☒ The Defendant is placed on Probation for a period of 5 years under the supervision of the Missouri Board of Probation & Parole on the Standard Conditions and Special Conditions (attached).

☐ Probation is denied and Defendant is ordered committed to the custody of the Missouri Department of Corrections and Human Resources/Sheriff of Greene County.
The Sheriff is ordered to transport forthwith, with extra guard, if necessary.

**JUDGMENT ENTERED.**

28-APR-2022
DATED

GREENE COUNTY CIRCUIT JUDGE, DIVISION 6

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSOURI

STATE OF MISSOURI, )
vs. )
)  Case No. 1931-CR00865-01
MAHAILYA DAWNELLE WILLIAMS, )
Defendant. )

## SPECIAL CONDITIONS OF PROBATION

**DEFENDANT is:**

☐ ordered to serve _____ days of shock probation in the Greene County Jail commencing at _____ on _____.

☐ ordered to complete _____ hours of community service with CASP within _____. *(schedule for same is to be determined by the Probation Officer)*

☒ ordered to submit to such evaluations for Chemical Abuse (alcohol and/or drug) as requested and recommended by the Probation Officer, and follow and complete all treatment programs recommended as a result of such evaluations and requested by the Probation Officer, including any requested in-patient treatment, and follow and comply with all rules and regulations of such treatment programs.

☒ ordered not to consume or possess alcoholic beverages or frequent establishments where alcohol is the primary item for sale.

☒ ordered not to use or possess drugs of any kind at any time except and unless prescribed for Defendant's use by a medical doctor who is licensed as such in the State of Missouri.

☐ ordered to enter a program for adult education and continue in the program regularly until a GED Certificate is earned and received, according to a schedule determined by the Probation Officer.

☒ *ordered to pay the civil judgment for the Crime Victim's Compensation Fund and court costs payable through the Greene County Circuit Clerk's Office. Monthly payments of $25.00 commencing 30 days from date hereof. Failure to make timely payments will result in balance being turned over to "Debt Collection" which will increase the amount due and owing.*

☐ ordered to pay cost of imprisonment pursuant to § 221.070 RSMo.

☐ ordered to seek and maintain gainful employment.

☐ *ordered to make restitution in the amount of $ _____, plus administrative handling costs payable through the Prosecuting Attorney's Office. Minimum monthly payments of $ _____.*

☐ not to receive Earned Compliance Credits pending payment of restitution balance in full.

☐ ordered to attend _____ 12-step meetings per week/month. Defendant is ordered to complete 90 12-step meetings in 90 consecutive days. Defendant is ordered to obtain a sponsor.

☐ placed in **TC** _____ and is ordered to follow all directives/recommendations of TC staff and Probation Officer. Defendant is ordered to report to Court on _____.

☐ ordered to follow condition number(s) _____ as set forth on page(s) _____ of the SAR.

☒ ordered to follow all conditions as set out in the Court Report Investigation and/or Plea Agreement if applicable.

☒ ordered to Have an ignition interlock device on vehicle for 1 year; follow all Children's Division/Juvenile Office directives; no contact with A.W. or K.P. unless the communication concerns minor child K.P. and such communication has been approved by Children's Division or Juvenile Office.

28-APR-2022
DATED

GREENE COUNTY CIRCUIT JUDGE, DIVISION 6