IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | No.   21-cr-667 (FYP) |
| **MAHAILYA PRYER** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT'S MOTION TO PERMIT SURRENDER TO CUSTODY OF USMS

Pursuant to this Court's judgement and commitment order after having sentenced Ms. Pryer to 45 days in custody, the BOP has designated her to serve her sentence at FCI Aliceville in Alabama and to surrender there on Wednesday, November 2, 2022. (See Exh. 1) Unfortunately, Aliceville is more than an 8 hour drive from her home in Springfield, Missouri, and Ms. Pryer has not been able to locate anyone able to get her there. Therefore, she respectfully requests that the Court allow her to self-surrender to the USMS at the Federal Courthouse in Springfield, MO for transportation to her designated facility on or before the designated date for self-surrender of November 2, 2022. She is not seeking an extension of time to self-surrender, merely permission to surrender in Springfield, MO.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
MICHELLE PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

1