UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CARA HENTSCHEL and<br>MAHAILYA PRYER,**<br><br>*Defendants.* | Case No. 21-cr-667 (FYP) |

### ORDER

Upon consideration of defendant Mahailya Pryer's [55] Motion to Permit Surrender to Custody of USMS, it is hereby

**ORDERED** that the Motion is **GRANTED**, and Defendant Pryer shall self-surrender to the U.S. Marshals Service in Springfield, Missouri, at a time and place to be designated by the U.S. Marshals Service.

**SO ORDERED.**

Date:   October 31, 2022

_____
Florence Y. Pan
United States Circuit Judge
(Sitting by designation in the United States
District Court for the District of Columbia)