IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | |
| ) | No.   21-cr-667 (FYP) |
| **MAHAILYA PRYER** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION TO STAY TRANSFER OF DEFENDANT
## TO THE DISTRICT OF COLUMBIA

Pursuant to this Court's judgement and commitment order after having sentenced Ms. Pryer to 45 days in custody followed by a term of supervised release, the BOP designated Ms. Pryer to serve her sentence at FCI Aliceville in Alabama and to surrender there on Wednesday, November 2, 2022. Ms. Pryer sought permission to self-surrender in Springfield, Missouri. Thereafter, she failed to surrender as directed, and this Court issued a bench warrant for her arrest on the pretrial violation. She was arrested and remanded in Springfield, Missouri. However, the Magistrate Judge in Missouri treated the warrant as a request for removal to the District of Columbia, ordered her removed to D.C. and transported here by the U.S. Marshals. The parties have conferred and believe there is nothing more for this Court to do since Ms. Pryer has already been remanded and is serving her 45 day sentence locally. In the interest of judicial economy and to avoid the unnecessary transportation of Ms. Pryer here and back to Missouri, the parties request that the Court order her to remain in custody in Missouri to complete her 45 day sentence and quash any outstanding warrant related to her failure to self-surrender. In the alternative, the parties request that the Court direct the USMS not to transport Ms. Pryer and to instead schedule a return on the warrant by zoom either before this Court or before a Magistrate

1

Judge in the District of Columbia.  In the absence of a Court order to the contrary, the parties anticipate Ms. Pryer will be transported by the USMS to the District in short order.

        Respectfully submitted,

        A.  J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        MICHELLE PETERSON
        Chief Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004