## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | |
| ) | No.   21-cr-667 (FYP) |
| **MAHAILYA PRYER** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

PROPOSED ORDER

In light of the joint motion of the parties, it is hereby ORDERED that the USMS shall not transport Ms. Pryer to the District of Columbia. It is further ORDERED that the Defendant is remanded to the custody of the Bureau of Prisons to serve her 45 day sentence. Any outstanding warrants are hereby quashed.

THE HONORABLE FLORENCE PAN