UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CARA HENTSCHEL and MAHAILYA PRYER,**<br><br>*Defendants.* | Case No. 21-cr-667 (FYP) |

# ORDER

Upon consideration of the defendant Mahailya Pryer and the government's [59] Joint Motion to Stay Transfer to the District of Columbia, it is hereby

**ORDERED** that the Motion is **GRANTED**. Defendant Pryer is remanded to the custody of the Bureau of Prisons to serve her 45-day prison sentence. Any outstanding warrants are quashed, and the U.S. Marshals Service shall not transfer Defendant Pryer to the District of Columbia.

**SO ORDERED.**

Date: November 29, 2022

_____
Florence Y. Pan
United States Circuit Judge
(Sitting by designation in the United States
District Court for the District of Columbia)