UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-cr-667 (RCL) |
| v. : | |
| : | |
| : | |
| MAHAILYA PRYER, : | |
| : | |
| Defendant. : | |

## MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEFING

The United States of America, through undersigned counsel, hereby moves for a seven-day extension of time to respond to the Court's order for briefing regarding the impact of the D.C. Circuit's decision in *United States v. James Little*, No. 22-3018 on this matter. The government requests an extension of the deadline to respond from August 28, 2023 to September 4, 2023, by which time the 14-day deadline to seek an *en banc* rehearing before the D.C. Circuit will have expired and the government will have better developed its position on the impact of *Little* on this matter. The defendant has indicated to the government that they do not oppose this extension.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Hutton Marshall*
J. Hutton Marshall
DC Bar No. 1721890
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20005
(202) 809-2166
Joseph.hutton.marshall@usdoj.gov