# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 21-cr-667 (RCL) |
| v. : | |
| : | |
| : | |
| **MAHAILYA PRYER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's unopposed motion for extension of time to submit briefing and modify conditions of release, the motion is hereby GRANTED. Finding good cause to do so based on the reasons articulated in the Government's motion, the Government is hereby ORDERED to submit briefing regarding the impact of the D.C. Circuit's decision in *U.S. v. James Little*, No. 22-3018, by September 15, 2023. Additionally, the Court further ORDERS that the defendant's conditions of release pending her Final Revocation Hearing shall be modified to remove location monitoring.

It is SO ORDERED.

_____
HON. ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE