UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

MAHAILYA PRYER,

*Defendant.*

Case No. 1:21-cr-667-RCL

## ORDER

Upon consideration of the Government's Motion for Extension of Time to File its response to Mahailya Pryer's Motion to Terminate Probation as an Illegal Sentence, ECF No. 77, and for good cause shown, it is hereby

**ORDERED** that the Government's motion is **GRANTED**; and it is further

**ORDERED** that the Government shall have through and including December 1, 2023 to file its response.

**IT IS SO ORDERED.**

Date: _11/22/23_

Royce C. Lamberth
United States District Judge

1