AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MAHAILYA PRYER | |
| | Case No.  21cr667-2 (RCL) |
| | USM No.  67864-509 |
| | Michelle Peterson and Joanna Perales |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1-11   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | The defendant shall not commit another federal, state, or local crime. (Mandatory Condition) | 04/03/2023 |
| 2. | You must answer truthfully all questions asked by your probation officer. (Standard Condition #4) | 03/06/2023 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2376

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Springfield, Missouri

03/11/2024
Date of Imposition of Judgment

_Royce C. Lamberth_
Signature of Judge

Royce C. Lamberth, United States District Court Judge
Name and Title of Judge

3/11/24
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: MAHAILYA PRYER
CASE NUMBER: 21cr667-2 (RCL)

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3. | You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance. (Mandatory Condition) | 03/06/2023 |
| 4. | You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so (Standard Condition 7) | |
| 5. | You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interate with that person without first getting the permission of the probation officer (Standard Condition 8) | |
| 6. | You must pay the balance of any restitution order within 30 days of sentencing. (Special Condition) | |
| 7. | You must complete 60 hours community service within 24 months. The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer (Special Condition) | |
| 8. | You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. (Special Condition) | 03/20/2023 |
| 9. | You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods. (Special Conditions) | 07/27/2023 |
| 10. | The defendant is to remain on conditions of home detention and further be subject to location monitoring. (Release Condition) | 08/09/2023 |
| 11. | You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements, you must notify the probation officer at least 10 days before the change. (Standard Condition #5) | 11/08/2023 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page **3** of **3**

DEFENDANT: MAHAILYA PRYER
CASE NUMBER: 21cr667-2 (RCL)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
One Hundred and Eleven (111) days, with credit for the Eighty-One (81) days already served.

☑ The court makes the following recommendations to the Bureau of Prisons:
The defendant is permitted to self-surrender after June 1, 2024.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL