UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| vs. | : | Case No.: 21-CR-667 (RCL)-2 |
| MAHAILYA PRYER, | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   Mahailya Pryer

**Name and address of appellant's attorney:**   Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** Probation violation on 40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (03/11/24): Probation is revoked. The defendant is sentenced to 111 days, with credit for the 81 days already served, for a term of 30 days. There is no period of probation to follow. Oral motion by defense to remain released pending appeal, heard and denied.

**Name and institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


March 13, 2024                                                                           Mahailya Pryer
DATE                                                                                              APPELLANT


CJA, NO FEE_____FPD_____                              A. J. Kramer_____
PAID USDC FEE___NO_____                                FEDERAL PUBLIC DEFENDER
PAID USCA FEE___NO_____                                ATTORNEY FOR APPELLANT


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No